UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NOEL HARRIS, § | | |
| # 3313-21, § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| V. § | | No. 3:22-cv-2575-B |
| § | | |
| ELLIS COUNTY SHERIFF'S OFFICE and § | | |
| LT. HAMMONDS, § | | |
| § | | |
| Defendants. § | | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case as to Plaintiff's amended complaint. An objection was filed by Plaintiff. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED.

DATE: January 25, 2023.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE